IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI, EASTERN DIVISION

**SANTANNA N. HUGHES**                                                    **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO.** 2:23-cv-102-HSO-BWR

**H. J. S., A MINOR, BY AND THROUGH
HER MOTHER AND NEXT FRIEND,
JENA J. SCHAFF**                                                              **DEFENDANT**

**COMPLAINT WITH DISCOVERY ATTACHED**
**JURY TRIAL REQUESTED**

COMES NOW Santanna N. Hughes, by and through counsel, and for cause of action against the defendant, H.J.S., a minor, by and through her mother and next friend, Jena J. Schaff, states and alleges the following:

1.

Santanna N. Hughes is an adult resident citizen of Hattiesburg, Forest County, Mississippi.

2.

H.J.S. is a minor resident citizen of Metairie, Louisiana, and may be served with process at 1451 Sigur Avenue, Metairie, Louisiana 70005.

3.

Jena J. Schaff, the mother and next friend of H. J. S., is an adult resident citizen of Metairie, Louisiana and may be served with process at 1451 Sigur Avenue, Metairie, Louisiana 70005.

4.

This Court has jurisdiction of the parties and the subject matter of this action. Venue is proper as this civil action arises out of negligent acts and omissions committed in Lamar County, Mississippi and the cause of action alleged in this Complaint occurred and accrued in Lamar County, Mississippi, which is in the United States District Court for the Southern District of

Mississippi, Eastern Division. Jurisdiction is based on Diversity of Citizenship per 28 U.S.C §1332 in that the lawsuit involves citizens of different States and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

5.

On or about March 4, 2023, Santanna N. Hughes was operating a vehicle which was involved in a motor vehicle collision that occurred on Lakewood Drive near its intersection with Hardy Street in Hattiesburg, Mississippi. At such time, Santanna N. Hughes was traveling south on Lakewood Drive. At the same time and place, H.J.S. was attempting to travel north on Lakewood Drive.

6.

As Santanna N. Hughes' vehicle was traveling south on Lakewood Drive, suddenly and without warning, H.J.S. turned into Santanna N. Hughes' lane of travel, crossed over the center line and collided with Santanna N. Hughes' vehicle.

7.

Santanna N. Hughes was operating her vehicle in a lawful and prudent manner at the time of the collision and was not negligent in the operation of her vehicle.

8.

The collision and resulting damages to Santanna N. Hughes were directly and proximately caused by the negligence of H.J.S. in the following ways:

(a)   Failing to obey the traffic signs;

(b)   Failing to keep her vehicle under reasonable and proper control;

(c)   Failing to keep a reasonable and proper lookout as she operated her vehicle;

(d)   Failing to yield the right of way;

(e) Failing to obey traffic signals;

(f) Failing to abide by the Rules of the Road;

(g) Operating her vehicle in a careless and negligent manner;

(h) Failing to give adequate warnings of a collision;

(i) Causing her vehicle to collide into the Plaintiff; and/or,

(j) Other acts of omission and commission to be named in a trial of this matter.

9.

As a result of the defendant's negligent acts and/or omissions, Santanna N. Hughes has suffered past, present, and future medical expenses; past, present, and future loss of wages or wage-earning capacity; past, present, and future loss of household services; disfigurement; impairment; disability; property damage; and, past, present, and future pain and suffering and resulting emotional distress and mental anguish and the loss of enjoyment of life.

10.

Based on the foregoing, Santanna N. Hughes requests an award of damages including but not limited to the following:

1. Past, present, and future pain and suffering and resulting emotional distress and mental anguish;
2. Loss of enjoyment of life;
3. Past, present, and future loss of wages or wage-earning capacity;
4. past, present, and future loss of household services;
5. Disfigurement, impairment and disability;
6. Past medical expenses;
7. Future medical expenses;

8. Property damage;

9. Pre-judgment interest;

10. Post-judgment interest; and,

11. All costs of court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Santanna N. Hughes, demands judgment against H.J.S., a minor, by and through her mother and next friend, Jena J. Schaff, in an amount in excess of $75,000, exclusive of interest and costs, and the jurisdictional minimum of this court and to be determined by a jury to adequately compensate the plaintiff for her injuries; pre-judgment and post-judgment interest; her costs in pursuing this lawsuit; and any other relief to which she may be entitled under Mississippi Law.

RESPECTFULLY SUBMITTED, this the ___ day of July, 2023.

SANTANNA N. HUGHES

BY: _____
OF COUNSEL

PAUL V. OTT, ESQ. (MSB #8742)
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
TELEPHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM